UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England, Jr.          **Rodel MILLANES**
Chief United States District Judge          **Docket Number:  0972 2:12CR00035-001**
Sacramento, California                      **PERMISSION TO TRAVEL**
                                            **OUTSIDE THE COUNTRY**


Your Honor:


The offender is requesting permission to travel to Mexico.  Mr. Millanes is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**   On May 5, 2011, Mr. Millanes was sentenced in the Northern District of California for the offense of 18 USC 1038(a) – False Information and Hoaxes (CLASS D FELONY).  Transfer of jurisdiction from the Northern District of California to the Eastern District of California was accepted February 1, 2012.


**Sentence Imposed:**   5 years Probation; Mandatory drug testing; Firearms restrictions; DNA collection; $100 Special assessment; and $500 Restitution. Special conditions include Drug and Alcohol testing and treatment, and 500 hours of Community Service.


**Dates and Mode of Travel:**  Mr. Millanes will fly to Cancun, Mexico, on October 16, 2015, returning October 23, 2015.


**Purpose:**  Mr. Millanes is requesting travel to Mexico for vacation purposes.  Traveling with him is his son, Xavian Millanes, age 9, his son's mother, Jessica Azarias, and her brother, Justin Azarias.


1

RE:   **Rodel MILLANES**
      **Docket Number:  0972 2:12CR00035-001**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

**/s/Julie A. Fowler**

**JULIE A. FOWLER**
**United States Probation Officer**


Dated:   October 15, 2015
        Roseville, California
        /jaf

/s/ Michael A. Sipe
_____
**REVIEWED BY:**    **MICHAEL A. SIPE**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved    ☐     Disapproved


**10/15/2015**
_____        /s/ John A. Mendez
**Date**                            **Morrison C. England, Jr.**
                             **Chief United States District Judge**
                             **By:  John A. Mendez, U.S. District Court Judge**

2